UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Alexis De Almeida Oliveira

V. CIVIL ACTION NO. 1:25-cv-13733-FDS

Patricia Hyde et al

## ORDER OF DISMISSAL

Saylor, D.J.

In light of previously given habeas relief, D. 8, this matter shall be closed.

November 4, 2026

/s/Caetlin McManus
Deputy Clerk